UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

MICHAEL PIETRONUTO, on behalf of himself
and all other persons similarly situated

                      Plaintiff,

-against-

SAS RETAIL SERVICES, LLC,

                      Defendant.
-------------------------------------------------------------X

**FILED**
**CLERK**
11:15 am, Jan 04, 2024
**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

2:23-cv-01879 (GRB)
(JMW)

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties that this action be and is hereby withdrawn, discontinued, and all claims dismissed with prejudice and without costs or attorneys' fees against any party.

Dated: Hauppauge, New York
January 5, 2024

LAW OFFICE OF PETER A.
ROMERO PLLC

_/s/ Peter A. Romero_
Peter A. Romero, Esq.
490 Wheeler Road, Suite 250
Hauppauge, New York 11788
Tel. (631) 257-5588
promero@romerolawny.com

*Attorneys for Plaintiff*

Dated: New York, New York
January 3, 2024

FISHER & PHILLIPS LLP

_/s/ Seth D. Kaufman_
Seth D. Kaufman
Times Square Tower
7 Times Square, Suite 4300
New York, NY 10036
(212) 899-9975
skaufman@fisherphillips.com

*Attorneys for Defendant*

Dated: 1/4/2024
So Ordered. The Clerk of the Court is directed to close this case.
**/s/ Gary R. Brown**
GARY R. BROWN, U.S.D.J.